# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   MARLENE C HOPKINS                       Case No.: 10-43243

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/28/2010.

2) This case was confirmed on 03/14/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/21/2011.

5) The case was dismissed on 02/27/2012.

6) Number of months from filing to the last payment:  12

7) Number of months case was pending:  20

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    21,892.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

Case 10-43243   Doc 55   Filed 06/01/12   Entered 06/01/12 18:56:14   Desc Main
                     Document       Page 2 of 5

**Receipts:**

| | | |
|---|---|---:|
| | Total paid by or on behalf of the debtor | $ 17,729.00 |
| | Less amount refunded to debtor | $ 120.61 |
| **NET RECEIPTS** | | $ 17,608.39 |

**Expenses of Administration:**

| | | |
|---|---|---:|
| | Attorney's Fees Paid through the Plan | $ 2,000.00 |
| | Court Costs | $ .00 |
| | Trustee Expenses and Compensation | $ 970.81 |
| | Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,970.81 |
| Attorney fees paid and disclosed by debtor | | $ 1,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MIDLAND CREDIT MANAG | UNSECURED | .00 | 9,343.41 | 9,343.41 | 294.85 | .00 |
| GCG EXCALIBUR LLC | UNSECURED | 8,061.97 | 8,100.97 | 8,100.97 | 255.64 | .00 |
| BAC HOME LOANS SERVI | SECURED | 166,247.00 | 277,420.34 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | UNSECURED | 111,573.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | SECURED | 1,532.11 | .00 | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,532.11 | NA | NA | .00 | .00 |
| CAPITAL ONE | SECURED | 1,322.43 | .00 | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,322.43 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE AUTO FINANCE | SECURED | 8,627.00 | 7,908.30 | 7,908.30 | 7,908.30 | 41.06 |
| QUANTUM3 GROUP LLC | UNSECURED | 3,547.00 | 3,547.31 | 3,547.31 | 111.95 | .00 |
| AT&T | UNSECURED | 37.25 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T MOBILITY | UNSECURED | 453.18 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 5,945.00 | 5,895.57 | .00 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 2,340.02 | 2,014.74 | 2,229.73 | 56.82 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 1,365.00 | 1,375.14 | 1,375.14 | 43.39 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | 1,251.00 | 1,298.92 | 1,298.92 | 40.98 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 1,545.00 | 1,556.36 | 1,556.36 | 39.66 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| EAST BAY FUNDING | UNSECURED | 3,267.00 | 3,267.91 | 3,267.91 | 103.13 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,347.00 | 2,437.50 | 2,437.50 | 62.11 | .00 |
| CHASE STUDENT LOANS | UNSECURED | 6,380.54 | NA | NA | .00 | .00 |
| CHASE STUDENT LOAN S | OTHER | .00 | NA | NA | .00 | .00 |
| CITI FLEX LINE | UNSECURED | 8,853.00 | NA | NA | .00 | .00 |
| CITI CARDS | OTHER | .00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 490.69 | 496.09 | 496.09 | 15.65 | .00 |
| CITIBANK | OTHER | .00 | NA | NA | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 1,467.74 | NA | NA | .00 | .00 |
| CITIFINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 8,938.15 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 24,634.25 | 24,620.76 | 24,620.76 | 776.95 | .00 |
| CREDIT ONE FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 3,178.72 | 3,178.72 | 3,178.72 | 100.32 | .00 |
| DELL PREFERRED ACCOU | OTHER | .00 | NA | NA | .00 | .00 |
| DELL PREFERRED ACCOU | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECT TV | UNSECURED | 114.72 | NA | NA | .00 | .00 |
| DIRECTV | OTHER | .00 | NA | NA | .00 | .00 |
| EMERGE MASTERCARD | UNSECURED | 1,338.60 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,246.44 | 1,224.38 | 1,224.38 | 38.63 | .00 |
| HSBC BANK NEVADA | UNSECURED | 1,254.59 | 1,254.59 | 1,254.59 | 39.60 | .00 |
| HSBC RETAIL SERVICES | OTHER | .00 | NA | NA | .00 | .00 |
| HSBC CARD SERVICES | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,560.73 | 1,559.88 | 1,559.88 | 39.74 | .00 |
| GEMB/ JC PENNEY | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE BANK | UNSECURED | 1,910.47 | 1,910.47 | 1,910.47 | 48.67 | .00 |
| KOHLS | OTHER | .00 | NA | NA | .00 | .00 |
| GE MONEY BANK | UNSECURED | 785.00 | 785.32 | 785.32 | 20.00 | .00 |
| LOWES | OTHER | .00 | NA | NA | .00 | .00 |
| DEPT STORES NATIONAL | UNSECURED | 2,201.73 | 2,201.73 | 2,201.73 | 56.10 | .00 |
| MACYS | OTHER | .00 | NA | NA | .00 | .00 |
| NORDSTROM FSB | UNSECURED | 1,148.83 | 1,148.83 | 1,148.83 | 36.25 | .00 |
| NORDSTROM | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 455.23 | 455.23 | 455.23 | .00 | .00 |
| HSBC | OTHER | .00 | NA | NA | .00 | .00 |
| SLM PC TRUST | UNSECURED | 8,863.00 | 9,940.05 | 9,940.05 | 313.67 | .00 |
| SALLIE MAE | UNSECURED | 4,109.00 | NA | NA | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 58,431.00 | 59,354.47 | 59,354.47 | 1,873.04 | .00 |
| VL FUNDING LLC | UNSECURED | 5,676.00 | 8,930.97 | 8,930.97 | 281.85 | .00 |
| SEARS CREDIT CARDS | UNSECURED | 475.00 | NA | NA | .00 | .00 |
| TARGET NATIONAL BANK | OTHER | .00 | NA | NA | .00 | .00 |
| US ATTORNEYS OFFICE | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| US ATTORNEYS OFFICE | OTHER | .00 | NA | NA | .00 | .00 |
| ASHLEY STEWART | UNSECURED | 446.00 | NA | NA | .00 | .00 |
| BRYLANE HOME | UNSECURED | 790.19 | NA | NA | .00 | .00 |
| NEW YORK & COMPANY | UNSECURED | 2,020.49 | NA | NA | .00 | .00 |
| NEWPORT NEWS | UNSECURED | 815.00 | NA | NA | .00 | .00 |
| SPIEGEL | UNSECURED | 700.61 | NA | NA | .00 | .00 |
| LILLIAN M HOPKINS | OTHER | .00 | NA | NA | .00 | .00 |
| LILLIAN M HOPKINS | OTHER | .00 | NA | NA | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | NA | 807.13 | 807.13 | 20.57 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | NA | 455.27 | 455.27 | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | NA | 756.11 | 756.11 | 19.27 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | NA | 832.60 | 832.60 | 21.21 | .00 |
| SALLIE MAE GUARANTEE | UNSECURED | NA | .00 | .00 | .00 | .00 |
| HSBC BANK NEVADA | SECURED | NA | 214.99 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | NA | 1,978.17 | 1,978.17 | 1,978.17 | .00 |
| BAC HOME LOANS | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 1,978.17 | 1,978.17 | .00 |
| Debt Secured by Vehicle | 7,908.30 | 7,908.30 | 41.06 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 9,886.47 | 9,886.47 | 41.06 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 153,069.85 | 4,710.05 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,970.81 |
| Disbursements to Creditors | $ | 14,637.58 |
| **TOTAL DISBURSEMENTS:** | $ | 17,608.39 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   06/01/2012                                    /s/ Tom Vaughn
                                                       Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**